FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 11  PM 4: 27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARSHALL ALEXANDER, III, WILLIE BANKS, III, LAKEYA BARTHOLOMEW, GEORGE M. BORSKEY, JR., WAYNE P. BOUDOIN, RALPH J. CHAMPAGNE, KRISTINA COLLINS, FELICIA M. CONNOR, MERLIN J. CONRAD, APRIL B. DAVIS, KELLY DEMPSTER, DEDRICK J. DENT, CATHY STEPHENS DOMINIC, JOSHUA DUPRE, SHANNETTE ESKO, MONICA FRAZIER, ELIZABETH GAUBERT, GREGORY GAUBERT, JIMMIE HAMILTON, CONRAD HEBERT, IRENE HOLLAND, KIMBERLY HOWARD, GERALD A. HUMPHREY, TERRY F. HUTCHINSON, ELAINE JACQUOT, CHRISTY JEFFERY, CYNTHIA JOHNSON, SANDERS R. JOHNSON, WENDY HEATHER JOHNSON, SHERMAN JONES, SR., ROBERT KARLING, DAVID M. KITCHEN, CHARITY MARIE LACY, WAYNE P. LACY, MARK LASSERE, LaSHONDRA LEWIS, MICHAEL LEWIS, DOUGLAS J. LUKE, JR., DAVID P. METGE, MARK A. MICHEL, SR., WILLIAM MINCE, RAQUEL D. MORTON, CHRIS OCMAND, JYWANNA OCTAVE, JAY WELLINGTON OLIVER, AUBREY J. ORGERON, JACOB A. PERIN, TROY PERRET, IRENE PFISTER, PETER PHIPPS, RANDALL P. REYNOLDS, RICHARD G. REYSACK, III, CLOPTON C. ROBERT, JR., FRANCISCO A. RODRIGUEZ, JR., JENNIE LYNN RUSS, CHARLES RYAN, RAMIRO SANCHEZ, THARON E. SIMON, CARRIE SINGLETON, CYNTHIA ROBINSON SINGLETON, LARRY ELMORE SERAPURU, III, DOUGLAS J. VALOTTA, LEE VICKS, JOHNNY MICHAEL WALKER, SR., KERNELL WATTS, BARRY K. WILLIAMS, PICOLA MARIE WILLIAMS, | CASE NO.<br><br>07-262<br><br>SECT. N MAG. 1<br><br><br><br>JUDGE:<br><br><br><br><br>MAGISTRATE: |

1

Fee $350
Process
X  Dkd
CtRmDep
Doc. No.

**TIFFANY T. WILLIAMS, DEON WILSON, and**  
**GARY W. WILSON**  
               *Plaintiffs*  

**VERSUS**  

**THE WACKENHUT CORPORATION and**  
**WACKENHUT SERVICES, INC.**  
             *Defendants*  

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

*(right margin asterisks: \* \* \* \* \* \* \* \* \* \*)*

## COMPLAINT

**NOW** come the Plaintiffs, as listed in the caption, and for their complaint against the defendants, The Wackenhut Corporation ("Wackenhut") and Wackenhut Services, Inc. ("Wackenhut Services"), allege as follows:

1.    The Plaintiffs bring this action under the Fair Labor Standards Act of 1938, *as amended*, 29 U.S.C. § 201 *et seq.* [hereinafter "FLSA"], to recover unpaid back wages, an additional amount as liquidated damages, reasonable attorney's fees, and costs.

## JURISDICTION AND VENUE

2.    Jurisdiction of this action is conferred upon the Court by Section 16(b) of the FLSA, 29 U.S.C. § 216(b).  All of the actions contained in the subject of this Complaint occurred in and around Taft, Louisiana, in St. Charles Parish, making venue in this Court proper.

## PARTIES

3.    Defendants, The Wackenhut Corporation and Wackenhut Services, Inc., have, at all times mentioned, been corporations doing business at the Waterford III, SES nuclear plant in Louisiana, where they have been engaged in providing security services to the Nuclear

2

Regulatory Commission.

4.    At all pertinent times, the Defendants have been engaged in activities performed

through unified operation or common control for a common business purpose, having employees

engaged in commerce or in the production of goods for commerce, or employees handling,

receiving, selling, or otherwise working on goods or materials that have been moved in or

produced for commerce; and having an annual gross volume of sales made or business done of

not less than $100,000.00, and therefore, constitutes an enterprise engaged in commerce or in the

production of goods for commerce within the meaning of FLSA Section 3(r) and (s), 29 U.S.C. §

203(r) and (s).

5.    At all pertinent times, each Plaintiff listed in the caption above was employed by the

Defendants as security guards, and worked at the Waterford III, SES facilities.  The plaintiffs

qualify as employees for the purposes of the FLSA.

## COUNT ONE: VIOLATION OF THE FLSA

6.    For a period of several years through on or about April 3, 2006, the Defendants

employed the Plaintiffs as security guards and willfully failed to pay them wages and overtimes

compensation for periods of time during which the Defendants suffered and/or permitted the

Plaintiffs to work, including but not limited to, periods of time required for arming themselves,

checking through security, and disarming themselves, contrary to the requirements of Section 6

of the FLSA, 29 U.S.C. § 206.

7.    During a several-year period ending on or about April 3, 2006, the Defendants

willfully employed the Plaintiffs as security guards for workweeks longer than 40 hours, and

failed to compensate the Plaintiffs for their employment in excess of 40 hours per week at a rate

of at least 1½ times the regular rate at which they were employed, contrary to the requirements of Section 7 of FLSA, 29 U.S.C. § 207.

   8.    As a result of the underpayment and non-payment of wages and overtime compensation, the Defendants are indebted to each Plaintiff.

   **WHEREFORE,** each and every Plaintiff demands Judgment against the Defendants in an amount to be determined at trial, an additional equal amount as liquidated damages, as well as their reasonable attorneys' fees and costs.

Respectfully submitted,

R. Glenn Cater (# 4048)
CATER & ASSOCIATES, L.L.C.
3723 Canal St.
New Orleans, LA 70119
Phone: (504) 488-6300
Fax: (504) 488-6302

*and*

Chris Edwards (#22349)
501 Derbigny Street
Gretna, LA 70053
Phone: (504) 366-1121

**PLEASE SERVE:**

**THE WACKENHUT CORPORATION**
*Through its registered agent for service of process:*
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70802-6129

**[service information continued on next page]**

4

*and*

**WACKENHUT SERVICES, INC.**
***Through its registered agent for service of process:***
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70802-6129