FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 12  PM 12: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

***********************************************

| | |
|---|---|
| MARSHALL ALEXANDER, III, et al. | CIVIL ACTION NO. 07-262 |
| | SECTION N (1) |
| VERSUS | |
| | JUDGE ENGELHARDT |
| THE WACKENHUT CORPORATION and WACKENHUT SERVICES, INC. | MAGISTRATE SHUSHAN |

***********************************************

## ORDER

Considering the foregoing Stipulated Joint Motion to for Partial Dismissal;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above cause be and the same is hereby dismissed without prejudice as to all claims of plaintiffs against defendant Wackenhut Services, Inc., with each party to bear its own costs  This order does not dismiss defendant The Wackenhut Corporation.

SIGNED this 12th day of March, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____