UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARSHALL ALEXANDER, III, ET AL.**      **CIVIL ACTION**

**VERSUS**      **NO. 07-262**

**THE WACKENHUT CORPORATION**      **SECTION "N" (1)**

## ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise. Accordingly, **IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

The Court recognizes that, during this sixty-day period, all of the plaintiffs to this action will need to sign the settlement documents, which also require Court approval in this instance. If this cannot be accomplished within this time period, despite diligent efforts, the parties are to file a motion requesting an extension of the sixty-day period and/or other appropriate relief.

New Orleans, Louisiana, this 10th day of July 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**