UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*********************************************

| | | |
|---|---|---|
| MARSHALL ALEXANDER, III, et al. | * | |
| | * | CIVIL ACTION NO. 07-262 |
| | * | |
| | * | SECTION N (1) |
| VERSUS | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THE WACKENHUT CORPORATION and | * | MAGISTRATE SHUSHAN |
| WACKENHUT SERVICES, INC. | * | |
| | * | |

*********************************************

## CONSENT ORDER APPROVING SETTLEMENT

Plaintiffs have filed suit against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act of 1938, 29 U SC 201 *et seq*, (hereinafter referred to as "the Act"). For purposes of settlement and compromise only, and to avoid the time, resources, staff attention, and expense associated with further litigation, the parties have reached an agreement to settle the claims without any admission of liability, fault or wrongdoing. The Parties have submitted their settlement agreement (the "Settlement Agreement") under seal to the Court for approval in order to comply with the Act. The Court has reviewed the Settlement Agreement, the complaint, the stipulation of the Parties, and the record as a whole, and considered any

1

supporting papers and materials filed by the Parties in connection with the joint stipulation and motion to approve settlement, and hereby holds as follows:

The Court has jurisdiction over this case and venue is proper in this District. Plaintiffs in this case have brought a private action under the Fair Labor Standards Act of 1938, as amended. The Court has the authority under the Act to scrutinize a settlement of private litigation. Approval is necessary for the waiver of any wage hour claims against Defendant to be fully effective. Approval of such a settlement will be binding upon the Plaintiffs, and upon all parties who joined the action. The Parties have entered into a settlement after extensive and protracted settlement negotiations, including two separate settlement conferences after protracted discovery.

The Court has reviewed the Settlement Agreement and the settlement terms contained in that agreement, and finds that the settlement reflects a fair and reasonable compromise of the issues in dispute. The Court notes that the amount to be paid to Plaintiffs was based on payroll information concerning weeks worked and rates of pay and a uniform compromise as to the amount of time spent by an individual in connection with the allegations in the suit.

The compromise regarding the unpaid time reflects a fair and reasonable compromise between the amount of time that Plaintiffs claimed to have worked without pay and compared to Defendant's position and evidence as to the amount of time spent, coupled with Defendant's position that there is no liability

The Court finds the settlement, and the terms of the agreement for the settlement, to be fair and reasonable and the result of a reasonable compromise of genuine and serious disputes of law and fact between the parties. The Parties' Joint Stipulation and Motion to Approve Settlement is GRANTED. The Settlement Agreement attached to the parties' Motion under seal

is hereby approved by the Court, and the Court finds it is binding upon and enforceable against Plaintiffs as to all released claims therein.

This Order will become final upon entry. The Court will retain jurisdiction over the lawsuit to enforce the Settlement Agreement

SO ORDERED THIS 8th DAY OF September, 2008

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE